■ In the Matter of HOFFMAN INVESTORS CORP., Appellant, v MARILYN S. READER et al., Respondents. [647 NYS2d 100] —Appeal by the petitioner from a judgment of the Supreme Court, Westchester County (Colabella, J.), entered June 2, 1995.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Colabella at the Supreme Court. Mangano, P. J., Rosenblatt, Sullivan and McGinity, JJ., concur.